pcs

1

**FILED**
**12/27/2012**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED
JUL 3 1 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois
Eastern Division

**Dexter Saffold**

v.

**Cheryl L. Hyman**, over city colleges; Kennedy King College and Wilbur Wright College

12 CV 6006
JUDGE CHANG
MAGISTRATE JUDGE BROWN

**COMPLAINT**

I Dexter Saffold was discriminated against because of my disability. This is a violation of Civil Rights A.D.A 42U.S.C

First I will start with Kennedy King College:
1. On August 20, 2010, I Dexter Saffold was registering for classes at Kennedy King College for G.E.D courses when I was discriminated against by Ms. Searles and Elizabeth Jones. I was not allowed to take the entire test only part of the test. The other students that were registering were allowed to take the entire test and were given more time.
2. Derrick Smith violated my rights as well when he asked to see my medical verifications 42 U.S.C. under 1036 states that I do not need to show proof anyone of my disability.

Completing with Wilbur Wright College:
1. I was discriminated against by Dean Mitchell and Bridget.
2. I was denied by Bridget use of the monitor for the visually impaired, and she stated to me that I needed to remain in the class. She refused to make a reasonable accommodation for me.
3. On 4/12/12 my assigned note taker didn't come to my class. She signed in but she didn't return to the class. I was even denied a desk or table in the beginning and I saw an unused table in another class and I brought it myself to class to use.
4. On 4/19/12 I was refused another reasonable accommodation by Erica Phillips, I had taken a test 3 weeks prior and the test came back. She informed me that I had passed the Math portion and scored a 5.6 in Reading and said that I could continue in Advanced Reading and then informed me that I couldn't later. Ms. Phillips also, said that she didn't want anyone in her class with a disability that she had to keep making accommodations for, "you're just walking around wanting someone to feel sorry for you," is what she said to me. I believe that Erica Phillips was retaliating against me for filing a complaint

against her previously. I had made several attempts to the Dean about these issues and nothing was being done. I then tried to speak with the Chancellor Cheryl L. Hyman and was denied.

I would like to ask the Higher Courts to enter judgment in the amount for $75,000 for the most favorable one.

The U.S. Courts of the Northern District of Illinois has the jurisdiction over A.D.A

*[signature]*