UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Dexter Saffold
        Plaintiff,

v.               Case No.: 1:12–cv–06006
               Honorable Edmond E. Chang

Cheryl L Hyman, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 17, 2013:

  MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. The parties informed the Court that they have reached a settlement, which both sides have signed. This case is dismissed without prejudice, with leave to reinstate by 01/31/2014. If the case is not reinstated by 01/31/2014, it will automatically convert to a dismissal with prejudice without further action by the Court. The Court expresses its deep gratitude for the efforts of Plaintiff's recruited pro bono counsel, who dedicated significant time and energy in the case and brought about a meaningful resolution for Plaintiff. Civil case terminated. (lcw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.